UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLEISTON ANDRADE, | ) | Case No. 5:21-cv-00202-FMO-JC |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CALIF. DEPT. OF CORR., | ) | |
| Respondent. | ) | |

_____

Pursuant to this Court's Order Denying Petition for a Writ of Mandamus and Dismissing Action without Prejudice, IT IS ADJUDGED that the "Motion Emergency Extraordinary Writ of Mand[a]mus for Adequate Medical Care" is denied and this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: February 4, 2021

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE